MEMO ENDORSED

pg. 2



# CHRISTOPHER D. WRIGHT

ATTORNEY AT LAW

305 BROADWAY, SUITE 1400,
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463

September 20, 2010

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
Court room 21B
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/10

Re: <u>Gaskin v. City of New York, et al,</u>
10-CV-05473

Dear Hon. Berman,

I represent plaintiff in this civil rights action alleging police misconduct. In an email dated September 20, 2010, the Court informed me that this matter was discontinued due to the parties failure to appear for a Court Conference on September 17, 2010. In the email, the Court stated that upon a showing of good cause the matter may be restored to the calendar.

After speaking with the attorney for the defendant, Diep Nguyen, and your Honor's court clerk I have been informed that the Court mailed a letter to the undersigned regarding the September 17, 2010, conference. I never received that letter regarding the conference and therefore was not aware that a conference had been scheduled. If I had received the letter I would have most assuredly appeared before the Court on that date.

I sincerely apologize for any confusion and respectfully request that this matter be restored to your Honor's docket and an initial conference be rescheduled. Defense counsel consents to this request.

Sincerely,

Christopher Wright
(CW-8079)

VIA: HAND DELIVERY

cc: Diep Nguyen, Attorney for defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/10
```

The Clerk of Court is respectfully requested to restore this case to the docket. A Rule 16 conference is scheduled for 10/7/10 at 9:00 a.m.

SO ORDERED:
Date: 9/21/10

Richard M. Berman, U.S.D.J.