USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BERKLEY GASKIN,                    :
                                   :
              Plaintiff,           :           10 Civ. 5473 (RMB)
                                   :
       - against -                 :           **ORDER OF DISCONTINUANCE**
                                   :
CITY OF NEW YORK, et al.,          :
                                   :
              Defendants.          :
-------------------------------------------------------------x

Based upon the parties' failure to appear at the conference on May 2, 2011, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued;

provided, however, that Plaintiff or Defendants may apply, on or before May 13, 2011 (noon), by

letter showing good cause why this action should be restored to the calendar of the undersigned.


Dated: New York, New York
       May 2, 2011



                    RICHARD M. BERMAN, U.S.D.J.